UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>VICENTE M. BAYTION<br><br>Debtor(s) | BK No.: 15-16516<br><br>Chapter: 13<br>Honorable Carol A. Doyle<br>SELECT IF OUTLYING AREA |

## ORDER VALUING CLAIM OF CREDITOR

On July 24, 2015, the debtor(s) filed a motion to value the claim of New York Community Bank (the "creditor") secured by a second lien against the property commonly known as 107 Center Street, Fox River Grove, Illinois 60021 with real estate tax pin number 20-19-229-006-0000 (the "property").

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. §506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

4. The parties have agreed that the value of the real property is at least equal to the amount due on the creditor's first mortgage lien, and debtor will not file, prosecute, or assist in any proceeding that objects to the claim on the first mortgage lien, challenges the validity, enforceability, perfection or priority of the first lien, or seeks setoff or subordination of the claim on the first mortgage lien.

Enter:

Dated: 10/2/15

United States Bankruptcy Judge

**Prepared by:**
James S. Cole, Esq.
Wasinger Daming, LC
1401 S. Brentwood Blvd., Suite 875
St. Louis, Missouri 63144

Rev: 20130104_bko