**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Vicente M Baytion

Debtor

Chapter 13 No.    15-16516

Judge    Carol A. Doyle

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on 07/24/2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on 07/24/2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SFBK.0022

**SERVICE LIST**

Vicente M Baytion
107 Center Street
Fox River Grove, IL 60021

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076